Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com

~and~

Kate S. Lehrman, Esq.
California Bar No. 123050
Robert A. Philipson, Esq.
California Bar No. 108940
**ROGAN LEHRMAN LLP**
12121 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025-1166
(310) 917-4500; FAX (310) 917-5677
klehrman@roganlehrman.com
raphil@aol.com

*Attorneys for Plaintiff*
*BMW of North America LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC a Delaware limited liability company, | CASE NO:   2:11-cv-01909-LRH-PAL |
| Plaintiff, | **DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| LYLE ANDREW EPSTEIN, an individual; KORTEK SERVICES, INC., a Nevada corporation, | |
| Defendants. | |
| LYLE ANDREW EPSTEIN, | |
| Counterclaimant, | |
| v. | |
| BMW OF NORTH AMERICA, LLC a Delaware limited liability company; | |
| Counterdefendant. | |

291536.1

＊
＊

Pursuant to Federal Rule of Civil Procedure 26(f), Plaintiff, BMW OF NORTH AMERICA, LLC, by and through its attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and ROGAN LERMAN, LLP and Defendants, LYLE ANDREW EPSTEIN, and KORTEK SERVICES, INC. by and through their attorney, THE LAW OFFICE OF SIGAL CHATTAH, submit the following proposed Discovery Plan and Scheduling Order.

1. <u>Discovery Cut Off Date</u>. The parties request a discovery period of one hundred and eighty (180) days from December 19, 2011, the date that Defendant's Answer to the Complaint was filed. Therefore, the parties request that the discovery period close on **June 18, 2012**.

2. <u>Amending the Pleadings and Adding Parties</u>. The date for filing motions to amend the pleadings or to add parties shall not be later than ninety (90) days prior to the close of discovery, **March 20, 2012**.

3. <u>Expert Witness Disclosures</u>. The disclosure of any expert witnesses shall be made sixty (60) days before the discovery deadline, **April 19, 2012**. The disclosure of any rebuttal experts shall be due thirty (30) days after the initial disclosures of experts, **May 21, 2012**. The requirements of FRCP 26(a)(2)(B) shall apply to any such disclosures.

4. <u>Dispostive Motions</u>. Dispositive motions shall be filed not later than thirty (30) days after the discovery cut-off date, **July 18, 2012**.

5. <u>Pretrial Order</u>. The Joint Pretrial Order shall be filed not later than thirty (30) days after the date set for filing dispositive motions, **August 17, 2012**. However, in the event that dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after a decision on the dispositive motions or further order of the Court.

6. <u>Rule 26(a)(3) Disclosures</u>. The disclosures required by Rule 26(a)(3) and any objection thereto shall be included in the Pretrial Order. The parties will make their initial disclosures by **February 2, 2012**.

7. <u>Electronically Stored Information</u>. The parties have undertaken efforts to retain any electronically stored information relevant to this matter and have agreed that the party producing any electronically stored information need not provide such information in any certain form as long as the form provided the other party(ies) reasonable access to the information. The parties have further

agreed that, to the extent any party seeks electronically stored information that would be cumulative, burdensome or unduly costly to produce, counsel for the parties will confer in good faith to reach a mutual agreement regarding the production of such information.

8. <u>Protection of Privileged/Trial Preparation Materials</u>.  The parties prefer to handle these issues on an ad hoc basis as no consensus can be reached in advance.

9. <u>Subjects on Which Discovery Will Be Conducted</u>.  The parties are in agreement that discovery will be needed on the Plaintiff's claims and Defendant's denials/affirmative defenses. Discovery does not need to be conducted in phases or limited or focused on particular issues.

DATED this 1st day of February, 2012.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101

~and~

Kate S. Lehrman, Esq.
California Bar No. 123050
Robert A. Philipson, Esq.
California Bar No. 108940
**ROGAN LEHRMAN LLP**
12121 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025-1166
*Attorneys for Plaintiff*

DATED this 1st day of February, 2012.

**LAW OFFICES OF SIGAL CHATTAH**

BY: */s/ Sigal Chattah*
Sigal Chattah, Esq.
Nevada Bar No. 008264
5875 S. Rainbow Boulevard, Suite 204
Las Vegas, Nevada 89118
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED this 1st day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE