# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BMW OF NORTH AMERICA, LLC,

           Plaintiff,

vs.

KORTEK SERVICES, INC., et al.,

           Defendants.

Case No. 2:11-cv-01909-LRH-PAL

**REPORT OF FINDINGS AND RECOMMENDATION**

This matter is before the court on Defendants' failure to comply with this court's Order (Dkt. #9) and Order to Show Cause (Dkt. #16).

On January 6, 2012, the court entered an Order (Dkt. #9) requiring Defendants to file a Certificate of Interested Parties in compliance with Local Rule 7.1-1 on or before January 18, 2012. The order warned Defendants that their failure to comply "may result in the issuance of an order to show cause why sanctions should not be imposed." *Id.* Defendants failed to file their Certificate of Interested Parties and did not request an extension of time in which to comply with the court's Order (Dkt. #9).

On January 25, 2012, the court entered an Order to Show Cause (Dkt. #16) based on Defendants' failure to comply with the court's previous Order (Dkt. #9). The court directed Defendants to show cause in writing no later than February 6, 2012, why they had not complied with the court's Order (Dkt. #9). The Order to Show Cause (Dkt. #16) advised Defendants that "[f]ailing to comply with the Local Rules of Practice, the Federal Rules of Civil Procedure, and the court's orders may result in sanctions, up to and including case-dispositive sanctions." Defendants failed to file a response to the Order to Show Cause (Dkt. #16), have not requested an extension of time in which to do so, and have not filed a Certificate of Interested Parties..

Defendants' willful failure to comply with the court's Orders is an abusive litigation practice that has interfered with the court's ability to hear this case, delayed litigation, disrupted the court's timely management of its docket, wasted judicial resources, and threatened the integrity of the court's orders and the orderly administration of justice.  The Certificate of Interested Parties is required for the court to assess whether a conflict of interest exists which requires the assigned judge(s) to disqualify himself or herself.  Sanctions less drastic than dismissal are unavailable because Defendants have wilfully refused to comply with multiple court Orders and the Local Rules of Practice.

Accordingly,

**IT IS RECOMMENDED** that a default judgment be entered against Defendants unless Defendants file the Certificate of Interested Parties no later than **February 28, 2012.**

Dated this 14th day of February, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE