UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, | ) |
| Plaintiff, | ) 2:11-cv-01909-LRH-PAL |
| v. | ) O R D E R |
| KORTEK SERVICES, INC., *et al.*, | ) |
| Defendants. | ) |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Peggy A. Leen (#19[1]) entered on February 17, 2012, recommending that default judgment be entered against Defendants unless they filed the Certificate of Interested Parties in this matter no later than February 28, 2012. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case and determines that the Magistrate Judge's Report and Recommendation (#19) entered on February 17, 2012, can now be considered as moot given that Defendants filed their Certificate of Interested Parties (#20) on February 21, 2012..

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#19)

---

[1] Refers to court's docket number.

entered on February 17, 2012, is accepted by the Court. The Defendants and their counsel are admonished to carefully comply with all procedural rules. Any further violations will be viewed strictly by the Court.

    IT IS SO ORDERED.

    DATED this 7th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE