GEORGE O. WEST III, ESQ (SBN) 7951
Law Offices of George O. West III
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
gowesq@cox.net
(702) 318-6570
(702) 664-0459[fax]

Attorney for Defendants
**LYLE ANDREW EPSTEIN and
KORTEK SERVICES INC.**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited company | CASE NO : 2:11-cv-01909-LRH-PAL |
| Plaintiff, | **JOINT INTERIM STATUS REPORT** |
| v | [LR-26-3] |
| LYLE ANDREW EPSTEIN, an Individual, KORTEK SERVICES [INC., a Nevada Corporation, | |
| Defendants, _____/ | |

The parties in the above captioned action, by and through their respective attorneys of record, pursuant to LR 26-3, and pursuant to the modified scheduling order, (doc # 31), hereby submit their joint interim status report to the Court as follows.

1

**I.   Time Required for Trial:**

The parties estimate 8-9 days for trial.

**II.   Substantive Motions:**

It is the opinion of counsel for BMW NA that trial will be eliminated or its length affected by substantive motions.

It is the opinion of counsel for Defendants that trial will not be eliminated via a dispositive motion on either side, but does agree that the length of the trial may be affected by substantive motions

**III.   Alternative Trial Dates:**

Trial counsel for Plaintiff BMW NA will be available September 2013.  Trial counsel for Defendants is available from September 2013 onward.

Dated this ___ day of August, 2012

By _____
GEORGE O. WEST III
Attorney for Defendants
**LYLE ANDREW EPSTEIN and KORTEK SERVICES INC.**
Law Offices of George O. West III
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

Dated this 20th day of August, 2012

By *Robert A. Philipson*
ROBERT PHILPSON, ESQ
KATE S. LERHMAN, ESQ
Rogan & Lerhman
Attorney for Plaintiff
**BMW NORTH AMERICA LLC**
12121 Wilshire Blvd., Suite 1300
Los Angeles, CA 90025

2